JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF DESERT MECHANICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> TURNER CONSTRUCTION COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; ZURICH AMERICAN INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CONTINENTAL INSURANCE COMPANY; and XL SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | **Case No. 2:18-cv-05808-JWH-JEMx** <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge:  John W. Holcomb, United States District Judge <br> Courtroom:     2 |

Pursuant to the stipulation of the Parties filed concurrently herewith, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is hereby dismissed with prejudice. Each party to bear its own fees and costs.

DATED: October 28, 2021

_____
John W. Holcomb
United States District Judge